1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD VARELLA,                    )        CIV F 03-6324 OWW LJO P
                                        )
12        Plaintiff,                    )        ORDER GRANTING EXTENSION OF
                                        )        TIME TO FILE RESPONSE
13        v.                            )        (DOCUMENT #34)
                                        )
14   DERRAL ADAMS, et al.,              )
                                        )
15                                      )
          Defendants.                   )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On

18   April 14, 2005, plaintiff filed a motion to extend time to file a response to the motion to dismiss filed

19   by defendant Serman on March 17, 2005.  On April 15, 2005, defendant filed a statement of non-

20   opposition to plaintiff's motion to extend time.  Good cause having been presented to the court and

21   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

22        Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a

23   response to the motion to dismiss.

24

25        IT IS SO ORDERED.

26   **Dated:    April 22, 2005**                    **/s/ Lawrence J. O'Neill**
     i0d3h8                               UNITED STATES MAGISTRATE JUDGE
27

28