# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VARELLA, | CASE NO. 1:CV-03-6324-OWW-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS, IN COMPLIANCE WITH COURT'S ORDER OF JUNE 14, 2005 |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | (Doc. 38) |

    Plaintiff Edward Varella ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2005, the undersigned issued an order denying plaintiff's motion for the appointment of counsel and motion for a stay, and requiring plaintiff to file an opposition or a statement of non-opposition to defendant's motion to dismiss within thirty days. On July 25, 2005, plaintiff sought reconsideration of the order.

    In light of the issuance of Judge Wanger's order denying plaintiff's motion for reconsideration, filed on August 15, 2005, <u>plaintiff has **thirty (30) days** from the date of service of this order to comply with the order of June 14 by filing an opposition or a statement of non-opposition. The failure to file an opposition or a statement of non-opposition will result in dismissal of this action for failure to obey a court order and failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:   August 21, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE