1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   EDWARD VARELLA,                          CASE NO. 1:CV-03-6324-OWW-LJO-P

10              Plaintiff,                   ORDER DISCHARGING ORDER TO SHOW
                                            CAUSE WHY DEFENDANT SERMAN
11       v.                                 SHOULD NOT BE DISMISSED FROM THIS
                                            ACTION
12   DERRAL ADAMS, et al.,
                                            (Doc. 26)
13              Defendants.
     _____/
14

15       Plaintiff Edward Varella ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 20, 2004, the court

17   ordered the Marshal to initiate service on defendants Beltran and Serman.  Defendant Beltran waived

18   service and has made an appearance in this action.  However, the Marshal was unable to locate

19   defendant Serman.  On January 11, 2005, the court ordered plaintiff to show cause why defendant

20   Serman should not be dismissed from this action.  Plaintiff filed a response on February 2, 2005.

21       In his response, plaintiff failed to supply any further information to assist the Marshal in

22   identifying and locating defendant Serman.  The focus of plaintiff's response was defendant

23   Serman's liability to plaintiff.  The merits of plaintiff's claim against defendant Serman is not at

24   issue with respect this service issue.  The court will discharge the order to show cause and will not

25   dismiss defendant Serman at this time.  If plaintiff obtains further identifying information on

26   defendant Serman, through discovery or other means, plaintiff may notify the court and the court will

27   at that time direct the Marshal to attempt re-service.  At this time, there is no additional information

28   before the court upon which to base an order directing re-service.  When this action is either resolved

via a pre-trial dispositive motion or reaches the point at which a trial date is set, if plaintiff has not provided the court with any additional information on defendant Serman, defendant Serman will be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, based on the foregoing, the order to show cause, filed January 11, 2005, is HEREBY DISCHARGED.


IT IS SO ORDERED.

**Dated:    November 17, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE