# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VARELLA,<br><br>      Plaintiff,<br><br>  v.<br><br>DERRAL ADAMS, et al.,<br><br>      Defendants.<br>_____/ | CASE NO. 1:CV-03-6324-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE RESPONSE TO DEFENDANT'S QUALIFIED IMMUNITY ARGUMENT<br><br>(Doc. 33 and 51)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF MOTION TO DISMISS<br><br>(Doc. 33)<br><br>ORDER DENYING MOTION FOR COURT ORDER ADDRESSING CONFISCATION OF LEGAL PROPERTY<br><br>(Doc. 53) |

Plaintiff Edward Varella ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant Beltran filed a motion to dismiss on March 17, 2005. On September 21, 2005, plaintiff filed his second request for an extension of time to file an opposition. Defendant opposed the request on September 27, 2005. On October 19, 2005, the court granted plaintiff one final thirty-day extension of time to file an opposition to the motion and warned plaintiff that no further extensions would be granted. On October 25, 2005, plaintiff filed an untimely reply to defendant's opposition to his request for an extension of time, and a motion seeking a court order requiring the return of his legal property.

1   Plaintiff's reply is untimely and the issue concerning his second request for an extension of
2   time was addressed by the court in its order of October 19, 2005. In an abundance of caution, the
3   court will allow plaintiff thirty days to respond to defendants' argument that they are entitled to
4   dismissal based on qualified immunity. It is not necessary for plaintiff to address any other argument
5   set forth in defendants' motion. If plaintiff does not file an opposition addressing defendant's
6   motion to dismiss on qualified immunity grounds within thirty days, the motion will be deemed
7   submitted and the court will issue its Findings and Recommendations. No extensions of time for
8   compliance with this order will be granted.

Plaintiff's motion for a court order relating to his seized legal property is denied. This action is proceeding against defendants Beltran and Serman for acting with deliberate indifference to plaintiff's safety on November 9, 2001. Issues concerning plaintiff's access to the courts via jailhouse lawyers and the handling of cell searches and property confiscation are not at issue in this action. Therefore, the court does not have jurisdiction over those matters or over prison staff involved in those matters. Flast v. Cohen, 392 U.S. 83, 88 (1968); Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985); Rivera v. Freeman, 469 F. 2d 1159, 1162-63 (9th Cir. 1972). Plaintiff's motion is denied.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff has **thirty (30) days** from the date of service of this order to file a response to defendant's argument that he is entitled to qualified immunity;

2. If plaintiff does not file a response to defendant's qualified immunity argument within thirty days, the motion to dismiss will be deemed submitted and the court will issue its Findings and Recommendations;

3. No extensions of time for compliance with this order will be granted;

4. The Clerk's Office is directed to send plaintiff a courtesy copy of defendant's motion to dismiss, filed on March 17, 2005; and

///
///
///

5.      Plaintiff's motion for a court order addressing the confiscation of his legal property is DENIED.

IT IS SO ORDERED.

**Dated:   November 17, 2005**                             /s/ Lawrence J. O'Neill
b9ed48                                                     UNITED STATES MAGISTRATE JUDGE