# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VARELLA, | CASE NO. 1:CV-03-6324-OWW-LJO-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANT'S MOTION TO DISMISS |
| v. | |
| DERRAL ADAMS, et al., | (Docs. 58 and 33) |
| Defendants. | ORDER REQUIRING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT WITHIN THIRTY DAYS |
| | (Doc. 16) |

Plaintiff Edward Varella ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 6, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Neither party filed a timely objection.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] Defendant's objection filed on March 13, 2006, was not timely. Objections were due on or before March 8, 2006. Fed. R. Civ. P. 6(a).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 6, 2006, is adopted in full;

2. Defendant Beltran's motion to dismiss, filed March 18, 2005, is DENIED as follows:

    a. Defendant's motion to dismiss for failure to state a claim upon which relief may be granted is DENIED;

    b. Defendant's motion to dismiss the action as barred by the statute of limitations is DENIED; and

    c. Defendant's motion to dismiss on qualified immunity grounds is DENIED; and

3. Defendant Beltran shall file a response to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    March 15, 2006**                  /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE