# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VARELA,<br><br>                Plaintiff,<br><br>        v.<br><br>DERRAL ADAMS, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:03-cv-06324-OWW-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 71) |

Plaintiff Edward Varela ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2007, defendant filed a motion for summary judgment. On July 20, 2007, plaintiff filed a motion seeking an extension of time to file a response.

Plaintiff's motion is HEREBY GRANTED, and plaintiff shall file an opposition or a statement of non-opposition within **thirty (30) days** from the date of service of this order. <u>Plaintiff is warned that the failure to file a response to defendant's motion in compliance with this order will result in dismissal of this action, with prejudice</u>.

IT IS SO ORDERED.

Dated:   July 27, 2007            /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE